BTXN 036 (rev. 11/19)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Tacara at Dove Creek GP, LLC § Case No.: 26−90184−elm11
§ Chapter No.: 11
Debtor(s) §

## NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the Original Petition and/or Other Document(s) filed is/are deficient for one or more of the following reasons:

- ☒ A mailing matrix containing an alphabetical listing of all creditors, was not filed with the petition as required by N.D. TX L.B.R. 1007−1(a). The mailing matrix must be filed **within 48 hours** of the date of this notice.

- ☐ Tax ID Number must be provided **within 48 hours** of the date of this notice.

- ☐ Debtor(s)' chapter 13 plan or plan summary was not filed with the petition. The plan or plan summary in a form acceptable to the Trustee must be filed. Local form number BTXN222 must be used and filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 3015).

- ☐ Debtor(s)' chapter 13 plan or plan summary must be filed **within 14 days** from the date of the order of conversion (Bankruptcy Rule 3015).

- ☒ Debtor(s)' schedules A/B, D − H were not filed with the petition. The schedules must be filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 1007(c)).

- ☐ Declaration for Electronic Filing III(B)(3) **within 7 days** of the filing of the Petition.

- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) **within 14 days** of the date of the filing of the petition.

- ☒ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) **within 14 days** of the date of the filing of the petition.

- ☒ Debtor(s)' statement of financial affairs was not filed with the petition. The statement of financial affairs must be filed **within 14 days** of the date of filing of the petition (Bankruptcy Rule 1007(c)).

- ☐ Attorney Fee Disclosure must be filed **within 14 days** of the date of the filing of the petition.

- ☐ Adversary Cover Sheet (Form 1040) not filed with the complaint. Form 1040 must be filed with the court **within 2 days** from the date of this notice.

- ☒ Summary of Assets and Liabilities (Official Form 106Sum or 206Sum) not provided at the time of filing. Official Form 106Sum or 206Sum must be filed **within 14 days** of the date of the filing of the petition.

- ☐ Portions of the original petition were not answered or provided at the time of filing. An amended petition including the items indicated below must be filed **within 3 days** from the issuance of this notice.

- ☐ Twenty Largest Unsecured Creditors must be filed **within 48 hours** from the date of this notice.

- ☐ This case was filed without docketing a Form 121 Statement of Social Security Number. Form 121 must be filed with the court within 48 hours of the date of the petition pursuant to L.B.R. 1007−1(d). If a debtor Social Security Number was erroneously entered by you in this case, you must notify all parties and credit reporting agencies of the correct Social Security Number information.

- ☐ Certificate from an approved credit counselor of completion of a briefing received **prior to the filing** of the petition must be provided **within ### days** of the date of the filing of the petition. If the briefing was not completed prior to the petition date, the debtor must submit to the court a certification that complies with the requirements of 11 USC 109(h)(3)(A).

- ☐ Copies of employee income records must be provided **within 14 days** of the date of the filing of the petition.

- ☐ Statement of Current Monthly Income must be provided **within 14 days** of the date of the filing of the petition.

- ☐ Chapter 15 Service List must be provided **within 14 days** of the date of the filing of the petition.

– continued –

page 2

☐ Cash flow statement must be provided **within 7 days** from the issuance of this notice.

☐ Statement of operations must be provided **within 7 days** from the issuance of this notice.

☐ Balance sheet must be provided **within 7 days** from the issuance of this notice.

☐ Other:

**Failure to comply with the N.D. TX L.B.R.'s and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice.**

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-90184-elm

Tacara at Dove Creek GP, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-9     User: admin     Page 1 of 1
Date Rcvd: Feb 09, 2026     Form ID: BTXN036     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tacara at Dove Creek GP, LLC, 200 E. Basse, Suite 300, San Antonio, TX 78209-4491 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garrick Chase Smith | on behalf of Debtor Tacara at Dove Creek GP LLC gsmith@munsch.com, CourtMail@munsch.com;hvalentine@munsch.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 2